PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tywaan Thomas                               Cr.:06-553-01
                                                              PACTS #: 47166

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 07/24/08

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 84 months imprisonment followed by a three year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/09/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender tested positive for the use of marijuana on June 14, 2012 and July 24, 2012.

U.S. Probation Officer Action:
The offender has been referred to Jersey City Medical Center for both substance abuse and mental health treatment.

Respectfully submitted,

By: Donna W. Shaw
Donna Weber Shaw
2012.08.07 13:23:43 -04'00'
Senior U.S. Probation Officer
Date: 08/07/12

*The court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

August 15, 2012
Date